FILED

JUL 21 2026

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** 3:26CR35 |
| **DANIEL BRYANT CASE,** | **Violations:** **26 U.S.C. § 5841**<br>**26 U.S.C. § 5861(d)**<br>**26 U.S.C. § 5871** |
| **Defendant.** | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

(Possession of an Unregistered Firearm)

On or about February 1, 2025, in Berkeley County, in the Northern District of West Virginia, defendant **DANIEL BRYANT CASE**, knowingly received and possessed a firearm, that is, at least five unserialized firearm silencers, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

*National Firearms Act*

Pursuant to Title 26, United States Code, Section 5872, and Title 26, United States Code, Section 2461(c), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any firearm involved in any violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, including unserialized firearm silencers and parts.

A true bill,

/s/____________________________
Grand Jury Foreperson

/s/____________________________
MATTHEW L. HARVEY
United States Attorney

Lara K. Omps-Botteicher
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney